**Mandamus Dismissed and Opinion Filed November 21, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01604-CV

### IN RE PERRY PATTERSON, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-11133-P**

## MEMORANDUM OPINION

Before Justices FitzGerald, Lang, and Fillmore
Opinion by Justice Lang

In this original mandamus proceeding, relator contends the trial court has violated a ministerial duty under Texas Code of Criminal Procedure article 11.07, section 3(c) by not sending relator copies of the documents relator requested, as well as by not ruling on relator's application for post-conviction writ of habeas corpus and evidentiary hearing request. The facts and issues are known to the parties, so we need not recite them herein. This Court has no jurisdiction over post-conviction habeas corpus proceedings under article 11.07. *See* TEX. CODE CRIM. PROC. ANN. arts. 11.05, 11.07 (West 2005); *In re McFee*, 53 S.W.3d 715, 717–18 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (per curiam). Accordingly, we dismiss relator's petition for writ of mandamus for want of jurisdiction.

/Douglas S. Lang/
DOUGLAS S. LANG
131604F.P05                                      JUSTICE